IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA

KARA ADAMS, in the case of /
THE WOMEN OF COLEMAN CAMP, /
et al. / DECLARATION OF
　　Plaintiffs /
v. / Karen Kallen-Zury
 /
BUREAU OF PRISONS; FEDERAL /
CORRECTIONAL COMPLEX CAMP; / CIVIL ACTION NO.
et al. /
　　Defendants / 6:20-cv-00230-GAP-EJK
_____/

I, Karen Kallen-Zury, hereby declares:

I have been incarcerated at the Federal Correctional Complex CAMP in Coleman, Florida since June, 2016.

I am housed in Unit F1. I am currently in room 101.

This year I had a terrible cough and nasal cold which led to an excruciating ear infection that has left me unable to hear in my right ear. I have never had an ear infection before. My husband has called Regional on several occasions over the past few years to complain about the unsanitary conditions here. This year, he reported the amount of pneumonia cases and the shutdown of water during this time. Regional called here and was told there were no cases! When in reality, women were getting sick non-stop, espcially when medical was shut down for 2 weeks during the holidays! Whatever problem that's been here was exasercbated. Then I've reported the lack of soap, paper towels, hand sanitizer, standing water, condensation, black mold, nothing was done. This shows a complete disregard for our well-being resulting in this Legionella epidemic and poisoning of our bodies.

I declare under penalty of perjury that the forgoing is true and correct pursuant to 18 U.S.C. 1746.

Respectfully Executed at Coleman, Florida on Feb. 19 in 2020.

Name: _____

# U.S. DEPARTMENT OF JUSTICE
## REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** KALLEN-ZURY,  REG. NO. 00857-104  UNIT: F1  INSTITUTION: COLEMAN CAMP

### Part A- INMATE REQUEST

I HAVE BEEN IN COLEMAN CAMP SINCE JUNE 2016. I AM 67 YRS. OLD. THESE ARE MY SYMPTOMS: EAR INFECTION WHICH HAS LEFT ME BARELY ABLE TO HEAR IN MY RIGHT EAR AND A COUGH + COLD WHICH STILL REMAINS. I WAS TESTED BUT RECEIVED NO RESULTS. I HAVE SEEN THE CONDITIONS PETITION NOW WE HAVE CONFIRMED LEGIONELLA BACTERIA IN THE WATER AND/OR AIR WE BREATHE. THIS IS TOXIC TO MY WELL BEING. I AM FEARFUL FOR MY LIFE.

I SEEK COMPASSIONATE RELEASE FOR "EXTRAORDINARY & COMPELLING REASONS" DUE TO MY 8TH AMENDMENT VIOLATIONS OF MY CONSTITUTIONAL RIGHTS BECAUSE OF THE CONDITIONS IN THIS PRISON. I WILL NEED CONTINUED MEDICAL CARE COVERAGE DUE TO MY CONDITION.

TRANSFERRING WILL NOT CORRECT MY SITUATION.

**DATE:** 4/10/20

**SIGNATURE OF REQUESTER**

### Part B- RESPONSE

**DATE** **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**  CASE NUMBER: _____

CASE NUMBER: _____

### Part C- RECEIPT

**Return to:** _____ LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

SUBJECT:

TRULINCS .00857104 - KALLEN-ZURY, KAREN - Unit: COL-F-A

---

FROM: Warden LOW
TO: 00857104
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/15/2020 11:07:02 AM

This issue has been resolved.

>>> ~^!"KALLEN-ZURY, ~^!KAREN" <00857104@inmatemessage.com> 1/14/2020 10:39 AM >>>
To: Warden Lane
Inmate Work Assignment: F1 orderly

Today they turned off the water without giving us any notice! It's still off and it's 9:40am. We're women who need to use the bathroom facilities! What are we to do? Plus, there is so much sickness in this unit, how can we wash our hands to stay healthy? Even after using the computer? This is unfair and totally inappropriate. And tonite, the same problem with taking a hot shower upstairs? Can't we get some information about when this will end so we can be prepared? I'll speak to Mr. Rivera, but it's one thing after another with no warning?
-----Warden LOW on 1/14/2020 9:07 AM wrote:

>
See Mr. Rivera during mainline.

>>> ~^!"KALLEN-ZURY, ~^!KAREN" <00857104@inmatemessage.com> 1/13/2020 2:29 PM >>>
To: Warden Lane
Inmate Work Assignment: F1 orderly

We are now being told that we can't go upstairs to take a hot shower - that we will get a shot for out of bounds!? In the past when there's been a problem, we were permitted to use another unit's facilities. With the infections and diseases going around, why are we being restricted from taking proper care of ourselves? PLEASE permit us to use showers where the water is hot!!!

Thank you.

TRULINCS 00857104 - KALLEN-ZURY, KAREN - Unit: COL-F-A

---

FROM: Warden LOW
TO: 00857104
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/21/2020 12:02:07 PM

Supplies were issued.

>>> ~^!"KALLEN-ZURY, ~^!KAREN" <00857104@inmatemessage.com> 1/10/2020 3:43 PM >>>
To: Warden Lane
Inmate Work Assignment: F1 Orderly

I am forwarding you my most recent email to health services regarding helping us to acquire safety issues around the units. Our housing units are overrun with illness! We have been begging for hand sanitizers, paper towels, liquid soad to be available so we don't transmit these germs. Please, can you help us? Thank you!
-----KALLEN-ZURY, KAREN on 1/10/2020 2:40 PM wrote:

\>

What can you do to help us get hand sanitizer in the bathrooms and all arouund each housing unit? We are infilitrated with pneumonia, ear infections, and various coughs and flu symptoms and we have NO paper towels, liquid soap or hand sanitizers!! I have been here over 3 1/2 years and have tried even thru commissary to be able to purchase these items to no avail! PLEASE help us to stay healthy and not get sick!!!! Can you help us get these items? I see they are in Medical areas!

Thank you!!