UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

KARA ADAMS, AND
KAREN KALLEN-ZURY, et al.
    Plaintiffs

V                                  CIVIL ACTION NO:
                                  5:20-cv-60-Oc-35PRL
WILLIAM BARR, et al.
    Defendants

## MOTION TO REQUEST APPOINTMENT OF COUNSEL AND JOINDER

    Here comes, Karen Kallen-Zury #00857-104, on one of the women of the Coleman Federal Complex at Coleman, Florida, affected and exposed to the toxic environment by the prison authorities, to respectfully request this court the appointment of an attorney pursuant to 28 USC 1915 to represent her in this case and ask for a Joinder to the Civil Action 5:20-cv-60-Oc-35PRL.

    Her imprisonment greatly limits her ability to litigate because the issues in this case are complex and will require significant research and investigation. She has limited access to the law library and even more limited knowledge of the law.

    If this Court deems to apply Federal Rule of Civil procedure 23 and make this case a class action suit, an attorney will also be needed to represent the plaintiff and all the women of Coleman Camp.

                                  Respectfully submitted,

                                  _____
                                  Karen Kallen-Zury #00857-104
                                  Federal Correctional Complex
                                  Unit F-1 Coleman Camp
                                  PO Box 1027
                                  Coleman, FL 33521

FILED 2020 FEB 26 PM 12:09 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA, FLORIDA