IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA

KARA ADAMS, in the case of
THE WOMEN OF COLEMAN CAMP,
et al.
    Plaintiffs

v.

BUREAU OF PRISONS; FEDERAL
CORRECTIONAL COMPLEX CAMP;
et al.
    Defendants

DECLARATION OF

Cristy Bright

CIVIL ACTION NO.

5:20-CV-60-OC-35PRL

I, Cristy Bright hereby declares:

I have been incarcerated at the Federal Correctional Complex CAMP in Coleman, Florida since May, 07, 2019

I am housed in Unit F-2. I am currently in room 241.

I have been here at Coleman Camp for around 10 months May 2019. Since my stay here, I've seen mold in the showers and on the air vents and when the air gets kicked off the walls and floors become dewy and the whole dorm smells like mildew. Back in October everyone including me became sick with multiple flu-like symptom that has been now known as the name Legionella, a dangerous bacteria. My health is at risk. This is being covered up with lies. Their is filtered shower heads that were just recently put in for a cover-up. Please stop the lies and expose the truth

I declare under penalty of perjury that the forgoing is true and correct pursuant to 18 U.S.C. 1746.

Respectfully Executed at Coleman, Florida on Feb. 20 in 2020.

Name: Cristy Bright