IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA

KARA ADAMS, in the case of
THE WOMEN OF COLEMAN CAMP,
et al.
    Plaintiffs
v.

BUREAU OF PRISONS; FEDERAL
CORRECTIONAL COMPLEX CAMP;
et al.
    Defendants

DECLARATION OF

Cristy Bright

CIVIL ACTION NO.

5:20-CV-60-OC-35PRL

I, **Cristy Bright**, hereby declares:

I have been incarcerated at the Federal Correctional Complex CAMP in Coleman, Florida since **May 07, 2019**.

I am housed in Unit **F-2**. I am currently in room **241**.

I have been here at Coleman Camp for around 10 months May 2019. Since my stay here, I've seen mold in the showers and on the air vents. and when the air gets kicked off the walls and floors become dewy and the whole dorm smells like mildew. Back in October everyone including me became sick with multiple flu-like symptoms that has been now known as the name Legionella, a dangerous bacteria. My health is at risk. This is being covered up with lies. Their is filtered shower heads that were just recently put in for a cover-up. Please stop the lies and expose the truth

I declare under penalty of perjury that the forgoing is true and correct pursuant to 18 U.S.C. 1746.

Respectfully Executed at Coleman, Florida on Feb. **20** in 2020.

Name: **Cristy Bright**

FROM: 56954177
TO: Case Management Coordinator
SUBJECT: ***Request to Staff*** BRIGHT, CRISTY, Reg# 56954177, COL-F-B
DATE: 02/25/2020 07:06:57 PM

To: Ms.Lopez
Inmate Work Assignment: Med Vr

Dear Warden Lane,                 Compassionate Release Request
According to 28 Cfr sec 571.64, the initiation of a requset for extraordinary or compelling reasons are:                                    (a)
A request for a motion under 18 USC 3852(c)(1)(A) shall be submitted to the Warden. The request, ordinarily, shall be in writing and submitted by the inmate. An inmate may initiate a request for consideration when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the courtat the time of sentencing.
1.Bright believes that a vioation to the 8th Amendment of the Constitution of humane conditions in this prison which has exposed her body to an unreasonable risk of irreparable harm to a dangerousbacteria called Legionelle.
 2. Bright propsed release plans are to live with her mother at 10304 Wooded Hobbs Trail in Louisville, Ky 40113 and seek suitable employment followed by immediately getting tested for the infection by the bacteria and follow the physcians orders for treatment. Since there is no cure, only treatment, Bright request that all medical expenses be at the DOJ/ BOP expense.(see civil action No. 6:20-cv-00230-GAP-EJK Adams v. Barr et al).