UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KARA ADAMS, in the case of The Women of Coleman Camp**

    Plaintiff,

v.                              Case No: 5:20-cv-60-Oc-35PRL

**WILLIAM BARR, KATHLEEN HAWK SAWYER, J.A. KELLER, ROY CHEATHAM, KATHY LANE and FNU RIVERA,**

    Defendants.

## ORDER

Upon due consideration, the non-parties' motions to appoint counsel and motion for leave to proceed *in forma pauperis* (Docs. 141, 143, 144, 146, 148, and 150) are **DENIED without prejudice.** Counsel has been appointed in this case and will determine whether to pursue a multi-plaintiff case. Further, in light of counsel's appearance in this case, Plaintiff Kara Adams' *pro se* motions for injunctive relief (Doc. 2), for leave to proceed in *in forma pauperis* (Doc. 3), for compassionate release (Doc. 52), and for assistance with service of process (Doc. 138) are **DENIED without prejudice** to be re-filed with the benefit of counsel.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 23rd day of March, 2020.

Copies:     Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE